**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-6641**

STANFORD EL CHRISTOPHER MCPHERSON, JR., a/k/a
Chris Rattis,

                                    Plaintiff - Appellant,

        versus

SHERWOOD R. MCCABE, Correctional Administrator
at Harnett Correctional Institution,

                                    Defendant - Appellee,

        and

RON MIRIELLO, Vice President for Education and
Student Support Services at Central Carolina
Community College; GREG MCCLAIN; J. B.
WILLIAMS, Department of Corrections Resolution
Examiners of NC; SEROTHA R. SPAIN, Department
of Corrections Resolution Board Examiners of
NC; JERRY MCQUEEN, Screening Officer for all
case managers,

                                    Defendants.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Louise W. Flanagan, Chief
District Judge. (5:04-ct-00990-FL)

Submitted: September 11, 2007      Decided: September 14, 2007

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

—————————————

Stanford El Christopher McPherson, Jr., Appellant Pro Se.  Yvonne Bulluck Ricci, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellee.

—————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stanford El Christopher McPherson, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McPherson v. McCabe, No. 5:04-ct-00990-FL (E.D.N.C. Apr. 10, 2007). We deny McPherson's motion for injunction and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED